IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERTICAL BRIDGE REIT, LLC; VERTICAL BRIDGE NTCF, LLC; VERTICAL BRIDGE DEVELOPMENT, LLC; VERTICAL BRIDGE TOWERS, LLC; ECO-SITE, LLC; VB RUN, LLC; CIG COMP TOWER, LLC; VB BTS, LLC; VERTICAL BRIDGE 500, LLC; MIDWEST NT 1 LLC; MIDWEST NT 2, LLC; VERTICAL BRIDGE VBTS, LLC; VB BTS II, LLC; VERTICAL BRIDGE S3 ASSETS, LLC; VB-S1 ASSETS, LLC; THE TOWERS, LLC; VERTICAL BRIDGE CC FM, LLC; VERTICAL BRIDGE CCR, LLC; VB NIMBUS, LLC; VERTICAL BRIDGE CC AM, LLC; VOGUE XIII, LLC; VERTICAL BRIDGE REAL ESTATE, LLC; PRECISION CELL ASSETS, LLC; TORO VERTICAL, LLC; BRIDGER CELL ASSETS, LLC; VBHV, LLC; DATAPATH VERTICAL BRIDGE II, LLC; NTCH-VB, LLC; VERTICAL BRIDGE TOWERS IV, LLC; VBT SUB 2, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>EVEREST INFRASTRUCTURE PARTNERS, INC.; EIP HOLDINGS II, LLC,<br><br>        Defendant. | Civil Action No. 2:23-cv-1017-WSH |

## ORDER OF COURT

AND NOW, this 31st day of ___July___, 2025, upon review and consideration of the

Parties' Stipulation of Dismissal With Prejudice, it is hereby ORDERED that all of Vertical

Bridge's claims against Everest are hereby dismissed with prejudice and this action is dismissed

in its entirety.  Vertical Bridge and Everest shall bear their own attorneys' fees and litigation

costs. The Court retains jurisdiction over any disputes between Vertical Bridge and Everest

arising out of the performance of the settlement and release agreement between them.

 /s/ W. Scott Hardy

HON. W. SCOTT HARDY UNITED
STATES DISTRICT JUDGE